for liberty to alter his plea and to plead the accord and satisfaction by said lands; which the court allowed. The consequence was, that the trial could not proceed at that time, and the cause was continued.

## WINDHAM COUNTY, ADJOURNED TERM, A. D. 1775.

### AVERY V. WOODRUFF.

The deposition of another who had a child sick that she could not leave it, admitted.

ACTION of trover. The deposition of a woman who lived within twenty miles of the court, that had a child of a month old, dangerously sick so that the mother could not leave it to attend court, was taken, and objected against as not coming within the statute; but by the court, was admitted upon the ground that it came within the reason of the statute.

### REX V. BARBER.

Where a prisoner procured a witness to go away, evidence of what he had testified before the justice admitted.

INFORMATION for counterfeiting, etc. One White, who had testified before the justice and before the grand jury against Barber, and minutes taken of his testimony, was sent away by one Bullock, a friend of Barber's, and by his instigation; so that he could not be had to testify before the petit jury.

The court admitted witnesses to relate what White had before testified.

## HARTFORD ADJOURNED SUPERIOR COURT, DECEMBER, A. D. 1775.

### HALL v. DWIGHT ET AL.

Where a witness is interested in the question of fact on trial he cannot be admitted.

ACTION for a malicious prosecution for a riot, brought against the plaintiff with a number of others, of which he and